IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02673-LTB

JEREMY PINSON,

    Applicant,

v.

DAVID BERKEBILE,

    Respondent.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 3, 2014, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 3rd day of April, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/D. Kalsow
                      Deputy Clerk